UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUDOLPH BETANCOURT,                         Case No. 5:18-cv-10001
                                            Honorable JUDITH E. LEVY
    Plaintiff,

v.

SRM PROPERTIES, LLC,

    Defendant.

---

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-entitled cause of action be dismissed with prejudice, and without costs, interest or attorney fees to either party.

The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.


By */s/ Owen B. Dunn, Jr.*                   By*/s/ Ridley S. Nimmo, II*

OWEN B. DUNN, JR.  (P66315)                  RIDLEY S. NIMMO  (P54783)
Attorney for Plaintiff                       Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUDOLPH BETANCOURT,

    Plaintiff,

v.

SRM PROPERTIES, LLC,

    Defendant.

Case No. 5:18-cv-10001
Honorable JUDITH E. LEVY

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the reading and filing of the foregoing stipulation of the parties; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-entitled cause of action be and the same is hereby dismissed with prejudice, and without costs, interest or attorney fees to either party.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

IT IS SO ORDERED.

Dated: May 2, 2018
    Ann Arbor, MI

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge